UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CITIZENS FINANCIAL GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KROPSCHOT FINANCIAL SERVICES, INC. and BRUCE KROPSCHOT,<br><br>Defendants. | ) | Civil Action No. 05-217ML |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff Citizens Financial Group, Inc. hereby voluntarily dismisses the above action without prejudice.

Respectfully submitted,

CITIZENS FINANCIAL GROUP, INC.
By its attorneys,

John B. Daukas (R.I. Bar No. 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Of Counsel:

Brenda R. Sharton
Jennifer B. Brown
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Enter:
Mary M. Lisi
USDJ 9/14/05

Dated: September 13, 2005